IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03004-RMR-CYC

SETH SPITLER, and
BRITTANY SPITLER,

      Plaintiffs,

v.

AMERICAN ECONOMY INSURANCE COMPANY,

      Defendant.

---

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

**Cyrus Y. Chung, United States Magistrate Judge.**

This matter is before the Court on the plaintiffs' Unopposed Motion for Leave to File Plaintiffs' First Amended Complaint and Jury Demand, ECF No. 68, on referral from the presiding district court judge. ECF No. 69. Because granting the motion would result in the dismissal of one of the plaintiffs' claims, the Court makes this recommendation to the district court judge. *See* D.C.COLO.LCivR 72.1(c)(3) ("On reference or order by a district judge, a magistrate judge may. . . hold hearings and make recommendations on dispositive matters[.]").

Under the Federal Rules of Civil Procedure, other than amendments as a matter of course, a party may only amend their pleading "with the opposing party's written consent *or* the court's leave." Fed. R. Civ. P. 15(a)(2) (emphasis added). Here, the defendant "has provided written consent to the amendment," ECF No. 68 at 1, and could file the amended pleading on notice but without leave of the Court. D.C.COLO.LCivR 15.1(a). Therefore, to the extent the motion requires a ruling, the Court **RECOMMENDS** that ECF No. 68 be **GRANTED** pursuant to Fed.

R. Civ. 15(a)(2).[1] The Court further **RECOMMENDS** that the plaintiffs be ordered to file a

clean copy of the First Amended Complaint and Jury Demand on the docket.

BY THE COURT:

_____

Cyrus Y. Chung
United States Magistrate Judge

---

[1] Be advised that all parties shall have fourteen days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive, or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a *de novo* determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676–83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen days after being served with a copy may bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are accepted or adopted by the District Court. *Duffield v. Jackson*, 545 F.3d 1234, 1237 (10th Cir. 2008) (quoting *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991)). <u>Finally, all parties must consult and comply with the District Judge's practice standards for any specific requirements concerning the filing and briefing of objections.</u>